JS-6

```
FILED
CLERK, U.S. DISTRICT COURT

June 30, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PG_____ DEPUTY
```

ALLEN HYMAN, ESQ. (CBN: 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California 91602
P: (818) 763-6289 or (323) 877-3405
F: (818) 763-4676
E: lawoffah@aol.com

Attorneys for Plaintiffs
ROBERT JAMES and TAPPAN ZEE RECORDS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES, an individual; and TAPPAN ZEE RECORDS, INC., a Michigan Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>OTIS JACKSON, JR., an individual; KEITH ROMAN GREIGO, an individual; STONES THROW RECORDS, LLC, a California Limited Liability Company; APPLE INC., a California Corporation; AMAZON.COM, LLC, a Delaware Limited Liability Company; AMAZON.COM, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO. 2:15-cv-02698-SVW-VBK<br><br>(PROPOSED) ORDER |

Upon the parties' stipulation, by and through their counsel, the Court finds and orders as follows:

1. A Settlement Agreement has been reached which resolves all matters between the parties arising out of the claims asserted in the Complaint.

2. The Notice of Dismissal (Dkt. 23) voluntarily dismissing Defendants Apple Inc., Amazon.com, LLC, and Amazon.com, Inc. without prejudice is vacated.

3. The Complaint is dismissed with prejudice as to all defendants.

4. Each side is to bear its own costs and attorney's fees.

5. The Court ~~retains jurisdiction~~ to interpret and enforce the terms of the Settlement Agreement between the parties.

Dated: 6/30/15

U.S. DISTRICT COURT JUDGE

- 2 -
**(PROPOSED) ORDER**